813 A.2d 546

IN THE MATTER OF SUSAN E. CARDULLO,
AN ATTORNEY AT LAW.

January 17, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–282, concluding that **SUSAN E. CARDULLO** of **LINCOLN PARK**, who was admitted to the bar of this State in 1996, should be reprimanded for violating *RPC* 8.4(b) (commission of a criminal act that reflects adversely on honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **SUSAN E. CARDULLO** is hereby reprimanded; and it is further

ORDERED that respondent shall submit quarterly reports to the Office of Attorney Ethics detailing her activities to overcome her addiction to alcohol, for a period of two years and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.